# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL CASE

CASE NO.:

**LYUDMILA ELMURRANIE,**

    Plaintiff,

vs.

**STATE OF FLORIDA DEPARTMENT OF EDUCATION**,

    Defendant.
_____/

TO:    STATE OF FLORIDA DEPARTMENT OF EDUCATION
        c/o THE FLORIDA SECRETARY OF STATE
        500 S. BRONOUGH STREET
        TALLAHASSEE, FLORIDA  32399

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021

An answer to the Complaint which is herewith served upon you, within **twenty-one (21)** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.  You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

_____        DATE:_____
CLERK


By:_____
    Deputy Clerk